UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| CHAMBERS OF | 101 WEST LOMBARD STREET |
| --- | --- |
| J. FREDERICK MOTZ | BALTIMORE, MARYLAND 21201 |
| UNITED STATES DISTRICT JUDGE | (410) 962-0782 |
| | (410) 962-2698 FAX |

May 15, 2007

Memo to Counsel Re: *Jackson v. Mayor and City Council of Baltimore*,
Civil No. JFM-06-3414

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' motion to dismiss the plaintiffs' amended complaint pursuant to Fed. R. Civ. P. 12(b)(6). The motion will be denied.

As Judge Bennett has recently stated, "both Fourth Circuit and Maryland case law has held that a county sheriff's office is not a legal entity capable of being sued." *McGrath-Malot v. Maryland*, No. RDB-06-879 2007 WL 609909, slip op at *6 (D. Md. Feb. 23, 2007). However, neither *McGrath-Malot* nor the various state statutes that defendants cite in their motion to dismiss answer the dispositive question of whether plaintiffs Florence Jackson and Kelly Blackwell, both civilian employee dispatchers at the Office of the Sheriff of Baltimore City, are employees of Baltimore City or the State of Maryland. As plaintiffs correctly point out, this court has previously found that employees of the Baltimore City Police Department are city rather than state employees. *Alderman v. Baltimore City Police Dep't*, 952 F.Supp. 256 (D. Md. 1997).

Without discovery, I am unable to determine "whether the state treasury will be responsible for paying any judgment that might be awarded . . . whether the entity exercises a significant degree of autonomy from the state, whether it is involved with local versus statewide concerns, and how it is treated as a matter of state law." *Ram Ditta v. Maryland Nat'l Capital Park and Planning Comm'n*, 882 f.2d 456, 547-58 (4th Cir. 1987). After a factual record has been developed on these issues, defendants may file a motion for summary judgment if they conclude they are then entitled to do so.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge