UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

May 25, 2007

MEMO TO COUNSEL RE:   Florence Jackson v. Mayor & City Council of Baltimore City
Civil No. JFM-06-3414

Dear Counsel:

I am in receipt of Mr. Lebau's letter of May 23, 2007.

In accordance with your joint proposal, I hereby set a deadline for written discovery of August 13, 2007. I will also now request that the case be assigned to a magistrate judge for the purpose of presiding over a mediation conference after that deadline has passed. In the interim, all other discovery is stayed.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge